COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       Juan Hernandez and Maria Hernandez  v. Mortgage Electronic
                           Registration Systems, Inc., Household Finance Corporation III, U.S.
                           Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust, and
                           Caliber Homes Loan, Inc.

Appellate case number:     01-18-00468-CV

Trial court case number:   2015-32570

Trial court:               133rd District Court of Harris County

Date motion filed:         November 6, 2019

Party filing motion:       Appellants


        The en banc court has unanimously voted to deny appellants' motion for en banc reconsideration.  It is ordered that the motion is denied.



Judge's signature:  ___/s/ Sarah B. Landau_____
                           Acting for the Court the En Banc Court*

Date:  03/12/2020_____

* En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.